Order issued December 7, 2012

005211



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01065-CV

## IN THE INTEREST OF C.S.N. AND J.T.N., CHILDREN

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 00-14691-T

## ORDER

Before Chief Justice Wright and Justices Francis and Lang-Miers

At issue in this appeal is the trial court's order holding Father in contempt for failure to pay child support, committing him to jail for 180 days, and suspending his barber's license. An order suspending an occupational, professional, or business license is reviewable by direct appeal. *See generally In re C.G.*, 261 S.W.3d 842 (Tex. App.—Dallas 2008, no pet.). However, a contempt order is not. *See Tex. Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983).

By letter dated October 2, 2012, we directed Father to file a letter brief addressing our jurisdiction over the contempt order. He responded by filing a petition for writ of habeas corpus. *See In re Henry*, 154 S.W.3d 594, 596 (Tex. 2005) (per curiam) (contempt order reviewable by petition for writ of habeas corpus). Appellee, though given an opportunity, has not responded.

Because we have no jurisdiction over direct appeals challenging contempt orders, we DISMISS that portion of the appeal challenging the contempt order. That portion of the appeal

005212

concerning the licence suspension remains pending.  As the appellate record has been filed, we

**ORDER** Father to file his brief on the merits within thirty days of the date of this order.

ELIZABETH LANG-MIERS
JUSTICE